O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR04-1623-CAS |
|---|---|---|
| Plaintiff, | ) ) ) | SUPERVISED RELEASE REVOCATION AND JUDGMENT |
| v. | ) | |
| PEDRO BALDERAMA MADRID, | ) ) | |
| Defendant. | ) | |

On May 5, 2011 and June 20, 2011, this matter came before the Court on a petition to show cause why supervised release should not be revoked filed July 20, 2007. The Government, Doug Miller, the defendant and his CJA appointed attorney, Steve Escovar were present. The U.S. Probation Officer, Christine Aranda, was also present.

The defendant admitted the allegation of the Petition on Probation and Supervised Release filed on July 20, 2007.

The Court finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgment and Probation/Commitment Order of April 18, 2005.

IT IS THE JUDGMENT OF THE COURT that defendant's supervised release is hereby revoked. Defendant is hereby committed to the Bureau of Prisons for a term of three (3) months, or time served, with no supervised release to follow.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: June 20, 2011

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE


TERRY NAFISI, CLERK


By: _/S/_____
Catherine M. Jeang, Deputy Clerk